# MEMO ENDORSED


### ImbesiLawPC

Seth Asher Nadler, Esq.
Direct Dial: (646) 767-2270
Facsimile: (212) 658-9177
E-mail: Seth@lawicm.com

October 23, 2019

<u>VIA ECF</u>
Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York, 10007

> The motion for conference is DENIED. This matter was discontinued on June 11, 2019, subject to reopening should the parties notify the Court within 30 days that the settlement had not been consummated. Doc. 16. The time period to notify the Court has expired; the Court no longer has jurisdiction.
>
> Edgardo Ramos, U.S.D.J
> Dated: Nov. 21, 2019
> New York, New York

Re: Natassja Rappa on Behalf of Her Infant Daughter L.O. v. Hibachi Grill and Supreme Buffet Inc.
    Index.: 1:18-cv-10050-ER

Dear Judge Ramos:

    Our firm represents the Plaintiff in the above-referenced matter. Plaintiff and Defendant respectfully submit this joint letter in support of their request for a conference to discuss the settlement agreement. Plaintiff signed the settlement agreement and delivered the papers to Defendant on August 13, 2019, via e-mail, along with the firm's signed W-9. Plaintiff inquired of Defendant when Plaintiff would receive the check and Defendant informed Plaintiff that before he tenders the check he would like a conference with the Court. Both parties request a conference in order to assess the status of settlement. Defendant has assured Plaintiff that she will receive the settlement check either at or directly after the conference. Plaintiff thanks the Court for consideration of this matter.

Respectfully submitted,

/s/ *Seth Nadler*
Seth Nadler, Esq.

cc:    Counsel for Defendant(via ECF)